ACCEPTED
06-14-00222-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/29/2014 11:38:29 AM
DEBBIE AUTREY
CLERK

| | |
|---|---|
| Appellate Docket Number: | 06-14-00222-CR |
| Appellate Case Style: Style: | Tammy Kay Taylor |
| Vs. | State of Texas |
| Companion Case: | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/29/2014 11:38:29 AM
DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Tammy | ☒ Lead Attorney |
| Middle Name: Kay | First Name: Wade |
| Last Name: Taylor | Middle Name: Arnold |
| Suffix: | Last Name: Forsman |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed  ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained  ☐ Public Defender |
| | Firm Name: |
| | Address 1: P.O. Box 918 |
| | Address 2: |
| | City: Sulphur Springs |
| | State: Texas   Zip+4: 75483-0918 |
| | Telephone: (903) 689-4144   ext. |
| | Fax: (903) 689-7001 |
| | Email: wade@forsmanlaw.com |
| | SBN: 07264257 |
| | Add Another Appellant/ Attorney |

## III. Appellee

First Name: The State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: Will

Middle Name:

Last Name: Ramsay

Suffix:

☐ Appointed ☒ District/County Attorney
☐ Retained ☐ Public Defender

Firm Name: Office of District Attorney, 8th Judicial Distri +

Address 1: P.O. Box 882

Address 2:

City: Sulphur Springs

State: Texas          Zip+4: 75483-0882

Telephone: (903) 885-0641          ext.

Fax: (903) 885-0640

Email: wramsay@hopkinscountytx.org

SBN: 24039129

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Burglary

Type of Judgment: Bench Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: November 10, 2014

Offense charged: burglary of a habitation

Date of offense: January 17, 2014

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☐ No

Was the trial by: ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: December 10, 2014

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 15 years to do Tex. Dep't of Crim. J.

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No   If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No   If yes, date filed:

Other: ☐ Yes ☐ No   If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA   If yes, date filed: July 16, 2014

Date of hearing:          ☐ NA

Date of order: July 16, 2014          ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA   If granted or denied, date of ruling: July 16, 2014

## VIII. Trial Court And Record

Court: 8th Judicial District Court

County: Hopkins County

Trial Court Docket Number (Cause no): 1423993

Trial Court Judge (who tried or disposed of the case):

First Name: Eddie

Middle Name:

Last Name: Northcutt

Suffix:

Address 1: 118 Church Street

Address 2:

City: Sulphur Springs

State: Texas          Zip + 4: 75482-2602

Telephone: (903) 438-4022          ext.

Fax: (903) 438-4092

Email: enorthcutt@hopkinscountytx.org

Clerk's Record:

Trial Court Clerk: ☒ District  ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Dec 26, 2014

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☐ Yes ☒ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: Dec 26, 2014

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

First Name: Jana

Middle Name: Atchison

Last Name: Rushing

Suffix:

Address 1: P.O. Box 48

Address 2:

City: Cooper

State: Texas          Zip + 4: 75432

Telephone: (903) 268-2942          ext.

Fax: (903) 395-4892

Email: rushingreporting@yahoo.com

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: _____  Court: _____

Style: _____

    Vs.    State of Texas

## X. Signature

Signature of counsel (or Pro Se Party)

_Wade A. F_____ (signature)

Printed Name: **Wade A. Forsman**

Electronic Signature: s/ Wade A. Forsman
    (Optional)

Date: December 29, 2014

State Bar No: 07264257

Name: Wade A. Forsman

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on December 29, 2014 .

_Wade A. F_____ (signature)

Signature of counsel (or pro se party)

Electronic Signature: s/ Wade A. Forsman
    (Optional)

State Bar No.: 07264257

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: December 29, 2014

Manner Served: Email

First Name: Will

Middle Name:

Last Name: Ramsay

Suffix:

Law Firm Name: Office of the District Attorney, 8th Jud. Dist.

Address 1: P.O. Box 882

Address 2:

City: Sulphur Springs

State Texas                Zip+4: 75483-0882

Telephone: (903) 885-0641        ext.

Fax: (903) 885-0640

Email: wramsay@hopkinscountytx.org

## AFFIDAVIT OF INDIGENCE ~~FILED~~

| This section to be filled out by Court Personnel or Jail Staff | 2014 JUL 16 PM 1:17 | f. c |
|---|---|---|

No. _1423993_

The State of Texas

In the _District_ Court Hopkins County, Texas

PATRISIA DORNER
DISTRICT CLERK
HOPKINS COUNTY. TEXAS

vs.

_Taylor, Tammy Kay_          _Hopkins_          County

Offense (s) _Indictment Burglary of Building_ Level of Offense _F2_

---

All information must be completed by the defendant and must be current, accurate, and true. Intentionally or knowingly giving false information may result in your prosecution for the offense of aggravated perjury, a felony. The punishment for aggravated perjury includes imprisonment not to exceed ten (10) years and a fine not to exceed ten thousand dollars ($10,000). Please fill in all blanks. If you do not know the information being asked, enter "DO NOT KNOW" in the blank. If the information being asked does not apply to you, enter N/A in the blank.

### Defendant's Personal Information

Full Name _Tammy Kay Taylor_

Phone Number _772-333-6662_

Street Address _3246 Naylor Terr_

City, State, Zip _Ft. Pierce, Fla 34982_

Date of Birth _07-14-1961_

Name of Spouse _William James Masten_

Dependents: _2_

Name(s) (list below):

| Name(s) | Age | Relation | Income |
|---|---|---|---|
| Tammy K Taylor | 53 | Self | 0 |
| William J Masten | 54 | Boyfriend | 0 |

Are you currently in jail or in a correctional institution?

☐ No
☒ Yes          If yes, provide name of institution:

_Franklin Co. Jail_
_for Hopkins Co._

308

## Employment Information

Employer @ Labor Ready
Phone Number
Supervisor's Name Craig
Street Address: N 2nd St
City, State, Zip Ft Pierce Fla 34945        Day labor if
Hours worked ___ per week or ___ per month   you get SENT
Pay rate 7.25                                out.
Spouse's Employer N/A
Street Address:
City, State Zip
Hours worked ___ per week or ___ per month
Pay rate

If unemployed, list: Work for day labor, if you get sent out
Length of time unemployed 9½ months
Name of previous employer Labor Ready
Street Address of previous employer: N 2nd St Ft Pierce, Fla 34945
City, State, Zip Ft Pierce Fla 34995

### Defendant's Financial Information

Public Assistance
Are you currently receiving (check all that apply)
[✓] Food Stamps
[ ] Medicaid
[ ] Public housing
[ ] Temporary Assistance to Needy Families (TANF)
[ ] Supplemental Security Income (SSI)

| Income (Monthly) | Monthly Amount |
|---|---|
| Take Home Pay | |
| Spouse's Take Home Pay | |
| Investment Income | |
| Stock Dividend | |
| Bond Dividend | |
| Rental Income | |
| Pension Payments | |
| Unemployment | |
| Social Security Benefits | |
| Child Support | |
| Public Assistance | |
| TANF | |
| SSI | |
| Medicaid | |
| Other | |
| Cash Gifts | |
| Other (Describe) | |
| TOTAL GROSS MONTHLY INCOME | 0 |

| Expenses (Monthly) | Monthly Payment |
|---|---|
| Rent or Mortgage Payment | 845 |
| Car Payment | |
| Insurance (Life, Health, Car, Homeowners, etc.) | 42.50 |
| Child Care | |
| Child Support | |
| Water | |
| Gas | |
| Telephone | |
| Electricity | |
| Food | 450.00 |
| Clothes | 35.00 |
| Medical | |
| Cable TV or Satellite TV | |
| Pager | |
| Cell Phone | 45.00 |
| Loan and Debt Payments | 0 |
| Outstanding Loans (list type of Loans) | 0 |

Not working Locked up

Credit Card Debt (list name of cards) N/A
Balance: $_____
Balance: $_____
Other Monthly Expenditures (Describe)

TOTAL MONTHLY EXPENSES 1469.50

Assets

| Asset | | | | Value |
|---|---|---|---|---|
| A. Place of Residence ☑ Rent ___ Own Describe if house, condominium, apartment, other: ~~house~~ Apartment | | | I rent | $ 0 |
| B. Real Property Owned; Description/Location: | | | | $ 0 |
| C. Automobile(s) Make ___ Model ___ Year | | Watins ↗ for repo | | $ 300⁰⁰ |
| Make ___ Model ___ Year | | | | $ 0 |
| Make ___ Model ___ Year | | | | $ 0 |
| D. Stock and Bonds (provide description) | | | | $ 0 |
| | | | | $ 0 |
| | | | | $ 0 |
| E. Other Property (list all jewelry, equipment, watercrafts, etc.) | | | | $ 0 |
| | | | | $ 0 |
| | | | | $ 0 |

F. Bank Accounts

| Bank Name | Type of Account | Balance |
|---|---|---|
| | | $ 0 |
| | | $ 0 |
| | | $ 0 |
| | | $ 0 |

| G. Other Assets (Identify) | VALUE $ 0 |
|---|---|
| **ASSETS TOTAL VALUE** | $ 300 |

I have / (have not) (circle one) attempted to hire an attorney. The names of the attorneys I have contacted are as follows:

_____    _____
_____    _____

On this __14__ day of __July__, 20_14_, I have been advised of my right to representation by counsel in the trial of the charge pending against me. I am without means to employ counsel of my own choosing and I hereby request the court to appoint counsel for me. By signing my name below, I swear, that all of the above information about my financial condition is current, accurate, and true. By signing below, I understand that a court official can verify any of the information for accuracy as required to determine my eligibility.

_Tammy K. Taylor_
Defendant's Signature

SUBSCRIBED and SWORN to before me, the undersigned authority, this _14_ day of __July__, 20_14_

_____
Notary / Clerk / Magistrate

MANDY LYNN COKER
NOTARY PUBLIC
STATE OF TEXAS
Comm. Expires 12/28/2015

This court finds the defendant ___ not indigent.

_____
Signature of Judge

Affidavit of Indigence                                    Page 3 of 3